The judgment is reversed, and the cause remanded.

---

FONTANA v. T. S. REED GROCERY CO. et al. (No. 425.)

(Court of Civil Appeals of Texas. Beaumont. Feb. 12, 1919.)

APPEAL AND ERROR ⬤1127 —. MOTION TO AFFIRM ON CERTIFICATE — FILING AFTER TERM.

Where appeal bond was filed March 8th, motion to affirm on certificate, filed July 23d after expiration of term to which appeal was returnable, must be denied.

Appeal from District Court, Jefferson County; W. H. Davidson, Judge.

Action between L. Fontana and the T. S. Reed Grocery Company and others. From the judgment, Fontana appeals. On motion to affirm on certificate. Motion denied.

Guy H. Robertson, of Port Arthur, for appellant.

Barry & Burges, of Beaumont, for appellees.

WALKER, J. This case is before us on motion to affirm on certificate. The appeal bond in this case was filed on the 8th day of March, 1918; hence this appeal was returnable at the preceding term of this court. This motion was not filed in this case until the 23d of July, 1918.

As stated by Judge Hendricks in First National Bank of Wellington v. Hix, 156 S. W. 535:

"This matter is controlled by the decision in the case of Laughlin v. Dabney, 86 Tex. 120, 24 S. W. 259, by the Supreme Court, holding that 'the appellee, or defendant in error, as the case may be, must file his certificate at the term of the court to which the appeal or writ of error is returnable.'" Chambers v. Grisham, 155 S. W. 959; Holland v. Brown & McFarland, 152 S. W. 1195; Thorn v. Lanier, 57 Tex. Civ. App. 67, 121 S. W. 715; Western Union Telegraph Co. v. Wofford, 32 Tex. Civ. App. 427, 72 S. W. 620, 74 S. W. 943; Pickett v. Mead, 25 S. W. 656; Berry v. Blankenship, 30 Tex. 380.

Motion to affirm denied.

⬤For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes